1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 GEORGE AVALOS, | Case No. 1:20-cv-01733 NONE JLT |
| 12                Plaintiff, | **ORDER CLOSING THE ACTION** |
| 13 v. | (Doc. 7) |
| 14 CRUISE AMERICA, INC, et al, | |
| 15              Defendants. | |

16

17      The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil

18 Procedure Rule 41(a)(1(A)(1).  (Doc. 9) Accordingly, the Clerk of Court is DIRECTED to assign this

19 case to a district judge and to close this action.

20

21 IT IS SO ORDERED.

22    Dated: __**January 2, 2021**__             _____**/s/ Jennifer L. Thurston**

23                                UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28